FILED: April 15, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1399
(5:24-cv-00731-M-RJ)
(5:24-cv-00699-M-KS)

_____

NORTH CAROLINA DEMOCRATIC PARTY

      Plaintiff - Appellant

v.

NORTH CAROLINA STATE BOARD OF ELECTIONS; KAREN BRINSON
BELL, in her official capacity as Executive Director of the North Carolina State
Board of Elections; ALAN HIRSCH, in his official capacity as Chair of the North
Carolina State Board of Elections; JEFF CARMON, in his official capacity as
Secretary of the North Carolina Board of Elections; STACY EGGERS, IV, in his
official capacity as a member of the North Carolina State Board of Elections;
KEVIN N. LEWIS, in his official capacity as a member of the North Carolina
State Board of Elections; SIOBHAN O'DUFFY MILLEN, in his official capacity
as a member of the North Carolina Board of Elections

      Defendants - Appellees
and

JUDGE JEFFERSON GRIFFIN

      Intervenor

---

This case has been opened on appeal.

| Originating Court | United States District Court for the Eastern District of North Carolina at Raleigh |
|---|---|

| | |
|---|---|
| Originating Case Number | 5:24-cv-00731-M-RJ<br>5:24-cv-00699-M-KS |
| Date notice of appeal filed in originating court: | 04/14/2025 |
| Appellant(s) | North Carolina Democratic Party |
| Appellate Case Number | 25-1399 |
| Case Manager | Rachel Phillips<br>804-916-2702 |