# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

April 18, 2025

_____

RESPONSE REQUESTED
_____

No.   25-1399,        <u>NC Democratic Party v. NC State Board of Elections</u>
                      5:24-cv-00731-M-RJ, 5:24-cv-00699-M-KS

TO:   Karen Brinson Bell
      Siobhan O'Duffy Millen
      Kevin N. Lewis
      North Carolina State Board of Elections
      Alan Hirsch
      Stacy Eggers
      Jeff Carmon

RESPONSE DUE: 04/21/2025

Response is required to the motion for injunctive relief pending appeal on or before 5:00 pm on 04/21/2025.

Rachel Phillips, Deputy Clerk
804-916-2702