# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## DOCKETING STATEMENT--CIVIL/AGENCY CASES

**Directions:** Counsel must make a **docketing statement (civil/agency) filed** entry in CM/ECF within 14 days of docketing of the appeal, or within the due date set by the clerk's docketing notice, whichever is later. File with the entry the (1) docketing statement form with any extended answers and (2) any transcript order form. Parties proceeding pro se are not required to file a docketing statement. Opposing counsel who finds a docketing statement inaccurate or incomplete may file any objections within 10 days of service of the docketing statement using the ECF event-**docketing statement objection/correction filed**.

| | |
|---|---|
| **Appeal No. & Caption** | NC Democratic Party v. NC State Bd. of Elections, #25-1399 |
| **Originating No. & Caption** | NC Democratic Party v. NC State Bd.of Elections, #5:24-cv-699 |
| **Originating Court/Agency** | U.S. District Court for the Eastern District of North Carolina |

| **Jurisdiction** (answer any that apply) | | | |
|---|---|---|---|
| Statute establishing jurisdiction in Court of Appeals | 28 U.S.C. Section 1292(a)(1) | | |
| Time allowed for filing in Court of Appeals | 30 days | | |
| Date of entry of order or judgment appealed | April 14, 2025 | | |
| Date notice of appeal or petition for review filed | April 14, 2025 | | |
| If cross appeal, date first appeal filed | | | |
| Date of filing any post-judgment motion | | | |
| Date order entered disposing of any post-judgment motion | | | |
| Date of filing any motion to extend appeal period | | | |
| Time for filing appeal extended to | | | |
| Is appeal from final judgment or order? | | ○ Yes | ⦿ No |
| If appeal is not from final judgment, why is order appealable? | | | |
| This is an interlocutory appeal pursuant to 28 U.S.C. Section 1292(a)(1) from the district court's April 14 text order denying in part North Carolina Democratic Party's motion for a preliminary injunction and temporary restraining order. | | | |

| **Settlement** (The docketing statement is used by the circuit mediator in pre-briefing review and mediation conducted under Local Rule 33. Counsel may make a confidential request for mediation by calling the Office of the Circuit Mediator at 843-731-9099.) | | | |
|---|---|---|---|
| Is settlement being discussed? | | ○ Yes | ⦿ No |

1/28/2020 SCC

| **Transcript** (transcript order must be attached if transcript is needed and not yet on file) | | |
|---|---|---|
| Is transcript needed for this appeal? | ○ Yes | ⦿ No |
| Has transcript been filed in district court? | ○ Yes | ⦿ No |
| Is transcript order attached? | ○ Yes | ⦿ No |

| **Case Handling Requirements** (answer any that apply) | | |
|---|---|---|
| Case number of any prior appeal in same case | 25-1018 (appeal in a consolidated case) | |
| Case number of any pending appeal in same case | 25-1397, 25-1398, 25-1401 | |
| Identification of any case pending in this Court or Supreme Court raising similar issue | 25-1021 | |
| | If abeyance or consolidation is warranted, counsel must file an appropriate motion. | |
| Is expedited disposition necessary? | ○ Yes | ⦿ No |
| | If yes, motion to expedite must be filed. | |
| Is oral argument necessary? | ⦿ Yes | ○ No |
| Does case involve question of first impression? | ○ Yes | ⦿ No |
| Does appeal challenge constitutionality of federal or state statute in case to which federal or state government is not a party | ○ Yes | ⦿ No |
| | If yes, notice re: challenge to constitutionality of law must be filed. | |

**Nature of Case** (Nature of case and disposition below. Attach additional page if necessary.)

This is an appeal from the district court's denial of the North Carolina Democratic Party's motion to preliminarily enjoin the North Carolina State Board of Elections from (a) subjecting certain individuals who voted in the 2024 North Carolina election for Associate Justice to a ballot-cure process or (b) removing any ballots from the vote count for that election.

The district court denied the motion in part, exercising jurisdiction and ordering state officials not to certify the results of the election but ordering state officials to proceed with the process of identifying ballots for the cure and discard process. The court then sua sponte consolidated this lawsuit (filed by the North Carolina Democratic Party on docket 5:24-cv-699) with three other related cases in which it issued identical orders, making docket 5:24-cv-731 the lead consolidated docket. All parties in the consolidated cases have appealed (on appellate dockets 25-1397, 25-1398, 25-1399, and 25-1401). This Court has consolidated cases 25-1397 and 25-1398 (brought by candidate for office Judge Jefferson Griffin and in which incumbent Justice Allison Riggs has intervened).

This Court granted a motion for injunction pending appeal (Dkt.19). Although it listed Judge Jefferson Griffin as an intervenor, he has not been granted intervention in docket 5:24-cv-699.

| **Issues** (Non-binding statement of issues on appeal. Attach additional page if necessary) |
|---|
| I.  Whether the First and Fourteenth Amendment prohibit the state from discarding votes cast by voters in selected counties or subjecting voters to a cure process based on a post-election change in election rules, and<br><br>II.  Whether the National Voter Registration Act prohibits the state from removing votes already counted in the election based on a post-election finding that a category of voters was improperly registered. |

| **Adverse Parties** (List adverse parties to this appeal and their attorneys; provide party's address if the party is not represented by counsel. Attach additional page if necessary.) ||
|---|---|
| Adverse Party: North Carolina State Board of Elections (NCSBE)<br>Attorney: James Wellner Doggett<br>Address: NORTH CAROLINA DEPARTMENT OF JUSTICE<br>General Counsel Office<br>P. O. Box 629<br><br>E-mail: jdoggett@ncdoj.gov<br>Phone: 919-716-6413 | Adverse Party: Karen Brinson Bell, in her official capacity as Executive Director of the NCSBE<br>Attorney: Nicholas Scott Brod<br>Address: NORTH CAROLINA DEPARTMENT OF JUSTICE<br>General Counsel Office<br>P. O. Box 629<br><br>E-mail: nbrod@ncdoj.gov<br>Phone: 919-716-6400 |
| **Adverse Parties (continued)** ||
| Adverse Party: Alan Hirsch, in his official capacity as Chair of NCSBE<br>Attorney: Nicholas Scott Brod<br>Address: NORTH CAROLINA DEPARTMENT OF JUSTICE<br>General Counsel Office<br>P. O. Box 629<br><br>E-mail: nbrod@ncdoj.gov<br>Phone: 919-716-6400 | Adverse Party: Jeff Carmon, in his official capacity as Secretary of the NCSBE<br>Attorney: Nicholas Scott Brod<br>Address: NORTH CAROLINA DEPARTMENT OF JUSTICE<br>General Counsel Office<br>P. O. Box 629<br><br>E-mail: nbrod@ncdoj.gov<br>Phone: 919-716-6400 |

**Issues** (Non-binding statement of issues on appeal. Attach additional page if necessary)

**Adverse Parties** (List adverse parties to this appeal and their attorneys; provide party's address if the party is not represented by counsel. Attach additional page if necessary.)

| Adverse Party: Stacy Eggers, IV, in his official capacity as a member of the NCSBE | Adverse Party: Kevin N. Lewis, in his official capacity as a member of the NCSBE |
|---|---|
| Attorney: Nicholas Scott Brod<br>Address: NORTH CAROLINA DEPARTMENT OF JUSTICE<br>General Counsel Office<br>P. O. Box 629<br><br>E-mail: nbrod@ncdoj.gov<br><br>Phone: 919-716-6400 | Attorney: Nicholas Scott Brod<br>Address: NORTH CAROLINA DEPARTMENT OF JUSTICE<br>General Counsel Office<br>P. O. Box 629<br><br>E-mail: nbrod@ncdoj.gov<br><br>Phone: 919-716-6400 |

**Adverse Parties (continued)**

| Adverse Party: Siobhan O'Duffy Mallen, in her official capacity as a member of the NCSBE | Adverse Party: |
|---|---|
| Attorney: Nicholas Scott Brod<br>Address: NORTH CAROLINA DEPARTMENT OF JUSTICE<br>General Counsel Office<br>P. O. Box 629<br><br>E-mail: nbrod@ncdoj.gov<br><br>Phone: 919-716-6400 | Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: |

| **Appellant** (Attach additional page if necessary.) | |
|---|---|
| Name: North Carolina Democratic Party<br><br>Attorney: Seth P. Waxman<br>Address: 2100 Pennsylvania Avenue N.W.<br>Washington, D.C. 20037<br><br>E-mail: seth.waxman@wilmerhale.com<br><br>Phone: 202-663-6000 | Name:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: |
| **Appellant (continued)** | |
| Name:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: | Name:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: |

Signature: /s/ Seth P. Waxman     Date: April 30, 2025

Counsel for: North Carolina Democratic Party

**Certificate of Service** *(required for parties served outside CM/ECF)*: I certify that this document was served on _____ by ☐ personal delivery; ☐ mail; ☐ third-party commercial carrier; or ☐ email (with written consent) on the following persons at the addresses or email addresses shown:

|  |  |
|---|---|
|  |  |

Signature:     Date: